IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01328-MSK-MEH

EMART, INC.,

    Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 30, 2015**.

    Plaintiff's Motion for Leave to Amend the Complaint [filed October 27, 2015; docket #20] is **denied without prejudice** for Plaintiff's failure to comply with D.C. Colo. LCivR 15.1(b).