IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01328-MSK-MEH

JOO HAK LEE,

    Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 25, 2015**.

    Plaintiff's unopposed[1] Motion to Amend Scheduling Order [filed November 23, 2015; docket #29] is **denied without prejudice** for Plaintiff's failure to explain why a 45-day extension is necessary to rectify a 9-day "delay" – occasioned only by the Plaintiff's failure to comply with the applicable local rule – in seeking and receiving leave to amend the complaint. *See* dockets ##20-25. In addition, the Plaintiff fails to contemplate the effect his request has, or will have, on the other deadlines set forth in the governing Scheduling Order.

---

[1] Plaintiff is reminded of the obligation to comply with D.C. Colo. LCivR 7.1(c) and all applicable rules.