IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-01328-MSK-MEH | Date: | December 10, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:* *Counsel:*

JOO HAK LEE    David Pettinato

   Plaintiffs,

v.

OHIO SECURITY INSURANCE COMPANY    Brian Spano
Holly Ludwig

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**10:07 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

[33] MOTION to Amend/Correct/Modify Scheduling Order (RE: Expert Witness Disclosure, Discovery and Dispositive Motion Deadlines) and Compel Defendant Cooperate in Scheduling Depositions by Plaintiff Joo Hak Lee is DENIED AS MOOT.

Parties will file a Joint Motion to Administratively Close this case.

**10:13 a.m.**     **Court in recess.**    Hearing concluded.
Total in-court time    00:06

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.